# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

BEDFORD ALVIS BROWN,   No. CIV S-08-0279-LKK-CMK

    Plaintiff,

  vs.   ORDER

CITY OF REDDING, et al.,

    Defendants.

_____/

      Plaintiff, who is proceeding pro se, brings this civil action. The court has granted plaintiff leave to proceed in forma pauperis. Before the court could screen the complaint pursuant to 28 U.S.C. § 1915(e)(2), defendants filed motions to dismiss (Docs. 13 and 14), which have been noticed for hearing before the undersigned on April 14, 2008. Pursuant to Eastern District of California Local Rule 78-230(h), the hearing on defendants' motions is hereby taken off calendar. Plaintiff may file an opposition within 15 days of the date of this order and defendants may file a reply within 10 days after service of plaintiff's opposition, if any. Upon the completion of briefing, the matters will stand submitted on the record.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on defendants' motions to dismiss, set for April 14, 2008, at 10:00 a.m. is taken off calendar;

2. Plaintiff may file an opposition to defendants' motions within 20 days of the date of this order; and

3. Defendants may file a reply within 10 days after service of any opposition.

DATED: March 26, 2008

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE