```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   BEDFORD ALVIS BROWN,              No. CIV S-08-0279-LKK-CMK
12              Plaintiff,
13         vs.                         FINDINGS AND RECOMMENDATIONS
14   CITY OF REDDING, et al.,
15              Defendants.
16   _____/
```

17      Plaintiff, who is proceeding pro se, brings this civil action. Pending before the

18 court is plaintiff's motion for voluntary dismissal of this action (Doc. 28). Good cause appearing

19 therefore, the motion should be granted and this action should be dismissed without prejudice.

20 See Fed. R. Civ. P. 41(a)(1).

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

1    Based on the foregoing, the undersigned recommends that:

2    1.    Plaintiff's motion for voluntary dismissal (Doc. 28) be granted;

3    2.    This action be dismissed without prejudice;

4    3.    All other pending motions (Docs. 13 and 14) be denied as moot; and

5    4.    The Clerk of the Court be directed to enter judgment and close this file.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days after being served with these findings and recommendations, any party may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED:  June 27, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE